# UNITED STATES DISTRICT COURT
for the
Eastern District of North Carolina

| | |
|---|---|
| United States of America<br>v.<br>AKBA JIHAD JORDAN<br><br>*Defendant* | )<br>)  Case No. 5:14-MJ-1181-2<br>)<br>)<br>)<br>) |

## ARREST WARRANT

To:  Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* AKBA JIHAD JORDAN,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☑ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. 2339A:  Conspiracy to provide material support and resources, knowing and intending that they be used in preparation for, and in carrying out, a violation of Title 18, United States Code, Section 956 (conspiracy to kill or maim persons outside the United States)

Date: 3/20/14

*Issuing officer's signature*

City and state: Raleigh, North Carolina

William A. Webb, USMJ
*Printed name and title*

### Return

This warrant was received on *(date)* 3/20/2014, and the person was arrested on *(date)* 3/19/2014
at *(city and state)* Raleigh NC.

Probable Cause ont

Date: 3/20/2014

**FILED**
MAR 2 8 2014
JULIE A. RICHARDS, CLERK
US DISTRICT COURT, EDNC
BY _____ DEP CLK

*Arresting officer's signature*

Julia Hanish, SA FBI
*Printed name and title*