FILED IN OPEN COURT
ON 4/1/14
Julie A. Richards, Clerk
US District Court
Eastern District of NC

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:14-CR-58-1FL(4)
NO. 5:14-CR-58-2FL(4)

UNITED STATES OF AMERICA )
)
v. )
)
AVIN MARSALIS BROWN )
aka "Musa Brown" )
AKBA JIHAD JORDAN )

**I N D I C T M E N T**

The Grand Jury charges:

Beginning on a date unknown but no later than in or about May 2013, and continuing until on or about March 19, 2014, in the Eastern District of North Carolina and elsewhere, the defendants AVIN MARSALIS BROWN, also known as "Musa Brown," and AKBA JIHAD JORDAN, did knowingly conspire, combine, confederate, and agree together and with each other, and others known and unknown to the Grand Jury, to provide material support and resources, as defined in Title 18, United States Code, Section 2339A(b), including training, personnel, and currency, and to conceal and disguise the nature, location, source, and ownership of such material support and resources, knowing and intending that they were to be used in preparation for, and in carrying out, a violation of Title 18, United States Code, Section 956(a), that is, a conspiracy to commit at places outside the

United States acts that would constitute the offenses of murder and maiming if committed in the special maritime and territorial jurisdiction of the United States, with one of the conspirators committing an act within the jurisdiction of the United States to effect an object of the conspiracy.

All in violation of Title 18, United States Code, Section 2339A.

A TRUE BILL

REDACTED VERSION
Pursuant to the E-Government Act and the federal rules, the unredacted version of this document has been filed under seal.

FOREPERSON

DATE: 4-1-14

THOMAS G. WALKER
United States Attorney

ERIC D. GOULIAN
JASON KELLHOFER
Assistant United States Attorneys