UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:14-CR-58-2FL

| | |
|---|---|
| UNITED STATES OF AMERICA | ORDER |
| v. | |
| AKBA JIHAD JORDAN | |

THIS MATTER is before the Court pursuant to Defendant's Motion to Seal Proposed Sealed Document under Local Criminal Rule 55.2. The Court finds that good cause exists to seal the Proposed Sealed Document pursuant to Local Criminal Rule 55.2. Accordingly, Defendant's motion is GRANTED, and the Proposed Sealed Document will be sealed by this Court and will not be unsealed except upon permission of this Court.

SO ORDERED.

This the 21st day of April, 2015.

_____
Honorable Louise W. Flanagan
United States District Judge