UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:14-CR-58-FL-2

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>AKBA JIHAD JORDAN | NOTICE OF APPEAL |

Akba J. Jordan, by and through his undersigned attorney, respectfully gives notice pursuant to Rule 4(b) of the Federal Rules of Appellate Procedure that he is appealing the conviction and sentence imposed in the above-captioned case to the United States Court of Appeals for the Fourth Circuit.

Respectfully submitted. This the 18th day of July, 2016.

                HALE BLAU & SAAD
                ATTORNEYS AT LAW, PC

                /s/ Robert H. Hale, Jr.
                Attorney for Defendant (CJA counsel)
                N.C. State Bar No. 21352
                P.O. Box 1349
                Raleigh, NC 27602
                Telephone: 919/838-0058
                Facsimile: 919/833-9427
                robert@halecriminallawnc.com

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing was served upon:

Eric Goulian
Assistant United States Attorney, E.D.N.C.
310 New Bern Avenue, Suite 800
Raleigh, NC 27601

Jason M. Kellhofer
Assistant United States Attorney, E.D.N.C.
310 New Bern Avenue, Suite 800
Raleigh, NC 27601

by electronic transmission.

This the 18th day of July, 2016.

                HALE BLAU & SAAD
                ATTORNEYS AT LAW, PC

                /s/ Robert H. Hale, Jr.
                Attorney for Defendant (CJA Counsel)
                N.C. State Bar No. 21352
                P.O. Box 1349
                Raleigh, NC 27602
                Telephone: 919/838-0058
                Facsimile: 919/833-9427
                robert@halecriminallaw.com